IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| RONALD BARRANCO, | ) | CIV NO. 13-00412 LEK-RLP |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| 3D SYSTEMS CORPORATION, AND 3D SYSTEMS, INC. | ) | |
| Defendants. | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on April 27, 2018, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Grant In Part And Deny In Part Defendants' Bill Of Costs", ECF NO. [405] are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, May 24, 2018.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge